## PHILLIPS et al. v. HARRIS et al.

No. 19931. Opinion Filed April 28, 1931.

J. B. Campbell, Etha Lawrence, and J. Ralph Knight, for plaintiffs in error.

Biggers, Wilson & Aldridge and Carver & Huser, for defendants in error.

RILEY, J. In this case substantially the same state of facts is pleaded as in En-le-te-ke et al. v. W. A. Beasley et al., No. 19939, this day decided, 148 Okla. 255, 298 Pac. 611, with which this case, together with others, is consolidated, except it is alleged that the mother of the allottee is still living and has conveyed the property to other persons through whom the defendants by mesne conveyances claim title.

The judgment is accordingly affirmed.

LESTER, C. J., and HEFNER, CULLISON, SWINDALL, ANDREWS, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., not participating.